Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for SN Servicing Corporation as Servicer for
BCMB1 Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
|  |  |
| --- | --- |
|  | : |
|  | : CASE NO.: 20-16985 |
| IN RE: | : |
|  | : CHAPTER: 13 |
| Barbara A. Zacco-Varvaro | : |
|  | : HON. JUDGE.: |
| Debtors | : Jerrold N. Poslusny Jr. |
|  | : |
|  | : HEARING DATE: |
|  | : August 19, 2020 at 10:00 AM |
|  | : |
|  | : |

-----------------------------------------------------------------X

## NOTICE OF OBJECTION TO CONFIRMATION OF PLAN

**PLEASE TAKE NOTICE** that SN Servicing Corporation as Servicer for BCMB1 Trust ("Secured Creditor"), the holder of a mortgage on real property of the debtor(s), located at 401 Winslow Avenue, Cape May, NJ 08204, by and through its undersigned attorneys, hereby objects to the confirmation of the Chapter 13 Plan on grounds including:

1. Debtor(s) plan fails to provide for the claim of Secured Creditor. The objecting creditor is due arrears which will be set forth in a Proof of Claim to be filed prior to the bar date.

2. Debtor(s) seeks to modify the rights of Secured Creditor, which is the holder of a claim secured only by a security interest in real property that is the principal residence of the debtor(s).

3. Debtor(s) proposed plan seeks to cramdown Secured Creditor's claim. The Debtor(s) cannot attempt to cramdown Secured Creditor's claim through Debtor(s) plan. The Debtor(s) must file a motion to cramdown a secured claim. As the Debtor(s) have filed to file a motion, confirmation of Debtor(s) plan should be denied.

4. Secured Creditor further objects to confirmation of this proposed plan as Secured Creditor believes that the value of the property is higher than the amount owed on the first lien. On March 11, 2020, Secured Creditor conducted an interior appraisal of the Property showing a value of $205,593.00. It is the belief of the Secured Creditor that the first lienholder is owed approximately $140,000.00 leaving sufficient equity for Secured Creditor's lien. Therefore, confirmation of the proposed plan must be denied. A copy of the appraisal is attached hereto as **Exhibit A**.

5. Debtor(s) proposed plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith.

6. Debtor(s) proposed plan does not provide that Secured Creditor retain its lien.

7. Debtor(s) proposed plan is not feasible.

8. Debtor(s) proposed plan fails to comply with other applicable provisions of Title 11.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C. 1325(a)(4) and 1325(b), et seq. unless the plan provides for full payment of the claim.

Dated: New York, NY
June 8, 2020

By: /s/ Jonathan Schwalb
Jonathan Schwalb, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for SN Servicing Corporation as Servicer
for BCMB1 Trust
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

# EXHIBIT A



**RedBell Real Estate**

**AVE Result**

| | |
|---|---|
| Date: | 03/11/2020 | Vendor Id: |
| Loan No.: | | Invoice Id: |

| | |
|---|---|
| Subject List Date: | |
| MLS Name: | |

### Subject Property Address
**401 WINSLOW AVE, LOWER TOWNSHIP, NJ, 08204**

| | |
|---|---|
| Is this property currently Listed? | No |
| If yes, what is the current list price? | N/A |
| Current DOM? | N/A |
| Previous list price? | N/A |
| Previous list date? | N/A |
| Previous sold price? | N/A |
| Previous sale date? | N/A |

### DEPRESSED MARKET GRID

| | Listings | Listings % | Pending | Pending % | Solds | Solds % |
|---|---|---|---|---|---|---|
| Retail: | 30 | 90.91 | 12 | 80 | 77 | 82.8 |
| Short Sale: | 0 | 0 | 0 | 0 | 1 | 1.08 |
| REO: | 3 | 9.09 | 3 | 20 | 15 | 16.13 |

### MARKET DATA

| | Days: 0 - 90 | 91 - 180 | 181 - 270 | 271 - 365 |
|---|---|---|---|---|
| Total # of Sales (Solds): | 21 | 24 | 27 | 21 |
| Absorption Rate (Sales per Month): | 7.00 | 8.00 | 9.00 | 7.00 |
| Inventory (Listing and Pending): | 48 | 48 | 48 | 48 |
| Months Supply: | 6.86 | 6.00 | 5.33 | 6.86 |

| | ACTIVE | | SOLD | | |
|---|---|---|---|---|---|
| | Active | Pending | 0 - 90 Days | 91 - 180 Days | 181 - 365 Days |
| Low: | $139,900 | $210,000 | $117,700 | $136,000 | $123,800 |
| High: | $635,000 | $499,999 | $789,000 | $901,000 | $635,000 |
| Median: | $289,000 | $307,000 | $240,000 | $250,500 | $225,000 |
| Average: | $307,727 | $339,289 | $297,334 | $296,133 | $252,228 |
| Median DOM: | 40 | 21 | 55 | 55 | 28 |

### MARKET ANALYSIS

| | |
|---|---|
| Current Active Listing: | 33 |
| Current Pending (UC): | 15 |

### Portfolio History

| Date | Product | As Is Sale Price |
|---|---|---|
| | | |

### FILTERED NEIGHBORHOOD STATISTICS

| FILTERS | Sqft: | to | | YrBuilt: | to | | Bed: | to |
|---|---|---|---|---|---|---|---|---|

| | Days: 0 - 90 | 91 - 180 | 181 - 270 | 271 - 365 |
|---|---|---|---|---|
| Total # of Sold: | 21 | 24 | 27 | 21 |
| % of Retail Solds: | 90.48 % | 87.50 % | 88.89 % | 61.90 % |
| % of Short Sale Solds: | 0% | 4.17 % | 0% | 0% |
| % of REO Solds: | 9.52 % | 8.33 % | 11.11 % | 38.10 % |
| Median of Sold Price: | $240,000 | $250,500 | $265,000 | $225,000 |

### MEDIAN TRENDING DATA

| Contract Date | Number of Sales | Median Price |
|---|---|---|
| Aug - Oct-19 | 27 | $245,000 |
| Sep - Nov-19 | 26 | $245,500 |
| Oct - Dec-19 | 23 | $246,000 |
| Nov - Jan-20 | 23 | $280,000 |
| Dec - Feb-20 | 21 | $295,000 |
| Jan - Mar-20 | 16 | $271,250 |

### MSA:Ocean City, NJ : COUNTY:Cape May



Home Price - Annual % Change

| Subject Street Address | City | Zip | Bed | Bath | Sq. Ft. | Units | Garage | Lot Size | Year Built | Style | DNA Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 401 WINSLOW AVE | LOWER TOWNSHIP | 08204 | 2 | 1.00 | 822 | 1 | 1.00 | 0.171 | 1965 | | User |

| # | Street Address | City | Zip | Bed | Bath | Sq.Ft. | Units | Garage | Lot Size | Yr Built | Dist | List Date | List Price | ACT DOM | TOT DOM | SP $/ SqFt | COE Date | Sold Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #1 | 114 Leaming Avenue | North Cape May | 08204 | 2 | 1.00 | 640 | 1 | 0.00 | 65x100 | 1964 | 0.20 | 11/2/2019 | $219,900 | 19 | 59 | $328 | 12/31/2019 | $210,000 |
| #2 | 717 Eldredge Avenue | North Cape May | 08204 | 2 | 1.00 | 910 | 1 | 0.00 | 62X125 | 1961 | 0.44 | 4/24/2019 | $229,900 | 126 | 170 | $242 | 10/11/2019 | $220,000 |
| #3 | 107 Beachhurst Drive | North Cape May | 08204 | 2 | 1.00 | 943 | 1 | | 75x160 | | 0.39 | 8/25/2019 | $175,000 | 9 | 54 | $180 | 10/18/2019 | $170,000 |

**Exception**
**Reason Code:**
**Exception Comments:**

**Summary Comments:**

| | |
|---|---|
| Prod Review Type: | Retro Review |
| Reviewer: | |
| Reviewer Partner: | |
| Retail: 82.80 % | Distressed: 17.20 % |
| Quick Sale Price | $0 |

| Date 03/11/2020 As of Date 03/11/2020 | **As Is Sale Price** **$205,593** |
|---|---|

Notice: Based on information from the Bright MLS, Inc., Cape May County Multiple Listing Service, Inc., for the period 2/27/2019 through 3/11/2020. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate LLC 2007-2020. All rights reserved.

Date: 03/11/2020  Subject: 119 WINSLOW AVE LOWER TOWNSHIP, NJ 08204  Bed: 2  Bath: 0/0  SQFT: 910  Built: 1965  Garage: 0/0  Lot: 97  Prop Type: Single Family

Order ID: ▓▓▓▓▓

Retail Market: 82.80 %   Distressed Market: 17.20 %

Quick Sale Price: $0   As Is Sale Price: $205,593

RedBell Real Estate

## Supply and Demand in Cape May County

| Trending Data | | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | Listed Units | 970 | 1,024 | 1,009 | 973 | 984 | 1,011 | 1,005 | 934 | 901 | 905 | 819 | 806 |
| | Pending Units | 144 | 244 | 248 | 221 | 231 | 282 | 304 | 274 | 270 | 250 | 216 | 226 |
| | Sold Units | 66 | 83 | 109 | 160 | 106 | 110 | 140 | 160 | 143 | 132 | 109 | 114 |
| Median | List Price | $429,900 | $429,000 | $429,900 | $433,750 | $444,900 | $459,752 | $459,900 | $449,900 | $449,000 | $439,900 | $449,000 | $444,450 |
| | Pending Price | $384,000 | $310,000 | $363,950 | $289,900 | $329,000 | $354,900 | $404,949 | $429,000 | $399,000 | $389,356 | $372,400 | $369,000 |
| | Sold Price | $245,000 | $280,000 | $280,000 | $330,000 | $270,000 | $288,950 | $292,500 | $392,750 | $355,000 | $381,250 | $357,000 | $307,500 |
| | Listed DOM | 141 | 132 | 95 | 91 | 96 | 94 | 99 | 96 | 99 | 102 | 113 | 110 |
| | Sold DOM | 161 | 156 | 133 | 109 | 93 | 105 | 104 | 121 | 106 | 110 | 115 | 132 |
| % | Original List to Sales | 91.76 % | 93.36 % | 97.22 % | 96.36 % | 92.80 % | 96.33 % | 95.14 % | 94.65 % | 90.56 % | 96.15 % | 96.51 % | 91.53 % |
| | Last List to Sales | 98.04 % | 96.89 % | 97.22 % | 97.09 % | 95.59 % | 96.38 % | 97.57 % | 96.38 % | 91.05 % | 101.01 % | 96.51 % | 95.36 % |



Supply and Demand in Cape May County

## Listed by Comp Type

| Trending Data | | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 |
|---|---|---|---|---|---|---|---|
| # | Retail Units | 824 | 800 | 805 | 729 | 733 | 711 |
| | REO Units | 95 | 85 | 84 | 74 | 63 | 56 |
| | Short Sale Units | 15 | 16 | 16 | 16 | 10 | 9 |
| Median | Retail Listed | $540,000 | $525,000 | $519,000 | $525,000 | $499,000 | $529,900 |
| | REO Listed | $210,900 | $199,950 | $199,700 | $165,575 | $173,000 | $185,950 |
| | SS Listed | $195,000 | $259,900 | $249,900 | $254,900 | $254,900 | $259,000 |
| | Retail DOM | 98 | 98 | 105 | 116 | 116 | 123 |
| | REO DOM | 77 | 97 | 91 | 84 | 99 | 114 |
| | SS DOM | 130 | 152 | 87 | 118 | 103 | 92 |

## Sold by Comp Type

| Trending Data | | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 |
|---|---|---|---|---|---|---|---|
| # | Retail Units | 144 | 123 | 115 | 91 | 95 | 77 |
| | REO Units | 15 | 19 | 16 | 17 | 13 | 10 |
| | Short Sale Units | 1 | 1 | 1 | 1 | 6 | 2 |
| Median | Retail Sales | $432,500 | $460,000 | $435,000 | $390,000 | $359,000 | $380,000 |
| | REO Sales | $180,000 | $235,000 | $159,000 | $190,000 | $110,000 | $182,500 |
| | SS Sales | $200,000 | $157,000 | $185,000 | $135,000 | $225,645 | $144,750 |
| | Retail DOM | 121 | 111 | 108 | 132 | 133 | 133 |
| | REO DOM | 102 | 77 | 118 | 101 | 105 | 99 |
| | SS DOM | 222 | 337 | 459 | 37 | 201 | 193 |



Listed



Sold

Notice: Based on information from the Bright MLS, Inc., Cape May County Multiple Listing Service, Inc., for the period 2/27/2019 through 3/11/2020. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate LLC 2007-2020. All rights reserved.

Date: 03/11/2020   Subject: 110 WINSLOW AVE LOWER TOWNSHIP, NJ 08204   Bed: 2   Bath: 0/0   SQFT: 0   Built: 1965   Garage: 0/0   Lot: 0/0   Prop Type: Single Family

Order ID:

Retail Market: 32.80 %   Distressed Market: 17.20 %

Quick Sale Price: $0   As Is Sale Price: $205,593

RedBell Real Estate

## Supply and Demand in Zip code 08204

| Trending Data | | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | Listed Units | 149 | 166 | 174 | 174 | 179 | 172 | 161 | 151 | 150 | 159 | 141 | 123 |
| | Pending Units | 26 | 38 | 33 | 38 | 40 | 54 | 54 | 47 | 50 | 55 | 47 | 45 |
| | Sold Units | 12 | 18 | 16 | 20 | 21 | 21 | 30 | 34 | 25 | 30 | 26 | 27 |
| Median | List Price | $399,900 | $394,900 | $394,900 | $454,900 | $449,000 | $389,900 | $379,900 | $398,900 | $399,000 | $398,900 | $389,900 | $389,356 |
| | Pending Price | $617,500 | $297,450 | $299,000 | $299,850 | $324,900 | $352,450 | $344,000 | $435,000 | $399,499 | $398,900 | $389,900 | $380,551 |
| | Sold Price | $356,500 | $411,750 | $232,500 | $278,500 | $304,225 | $310,000 | $284,950 | $322,550 | $359,900 | $358,750 | $390,500 | $375,000 |
| | Listed DOM | 147 | 98 | 63 | 80 | 100 | 104 | 106 | 112 | 105 | 97 | 102 | 115 |
| | Sold DOM | 174 | 190 | 148 | 110 | 78 | 107 | 132 | 111 | 116 | 100 | 90 | 132 |
| % | Original List to Sales | 96.38 % | 88.08 % | 96.09 % | 93.61 % | 95.37 % | 96.91 % | 95.02 % | 101.75 % | 82.75 % | 91.53 % | 93.10 % | 94.94 % |
| | Last List to Sales | 96.38 % | 88.08 % | 98.33 % | 93.63 % | 95.37 % | 96.91 % | 97.65 % | 101.75 % | 92.31 % | 96.32 % | 97.88 % | 96.18 % |



### Supply and Demand in Zip: 08204

## Listed by Comp Type

| Trending Data | | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 |
|---|---|---|---|---|---|---|---|
| # | Retail Units | 144 | 139 | 147 | 130 | 115 | 104 |
| | REO Units | 6 | 10 | 10 | 9 | 7 | 7 |
| | Short Sale Units | 1 | 1 | 2 | 2 | 1 | 1 |
| Median | Retail Listed | $399,499 | $407,449 | $414,900 | $411,000 | $399,478 | $419,587 |
| | REO Listed | $222,400 | $194,700 | $227,200 | $199,500 | $254,900 | $259,900 |
| | SS Listed | $165,000 | $369,900 | $309,900 | $309,900 | $249,900 | $249,900 |
| | Retail DOM | 112 | 107 | 100 | 114 | 116 | 128 |
| | REO DOM | 153 | 85 | 74 | 75 | 106 | 135 |
| | SS DOM | 336 | 11 | 28 | 59 | 78 | 107 |



### Listed

## Sold by Comp Type

| Trending Data | | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 |
|---|---|---|---|---|---|---|---|
| # | Retail Units | 32 | 23 | 27 | 24 | 23 | 16 |
| | REO Units | 2 | 1 | 3 | 2 | 3 | 1 |
| | Short Sale Units | | | 1 | | | |
| Median | Retail Sales | $322,550 | $530,000 | $385,000 | $441,500 | $435,000 | $390,548 |
| | REO Sales | $280,000 | $351,000 | $136,000 | $245,000 | $117,700 | $116,957 |
| | SS Sales | | | $157,000 | | $327,156 | |
| | Retail DOM | 111 | 116 | 102 | 90 | 193 | 107 |
| | REO DOM | 226 | 235 | 60 | 90 | 105 | 81 |
| | SS DOM | 0 | 337 | 0 | 0 | 89 | 0 |



### Sold

Notice: Based on information from the Bright MLS, Inc., Cape May County Multiple Listing Service, Inc., for the period 2/27/2019 through 3/11/2020. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate LLC 2007-2020. All rights reserved.

**Date:** 03/11/2020          **Subject:** 139 WINSLOW AVE LOWER TOWNSHIP, NJ 08204          **Bed:** 4   **Bath:** 0.00   **SQFT:** 819   **Built:** 1960   **Garage:** 0.00   **Lot:** 0.27   **PropType:** Single Family

**Order ID:** ▮▮▮▮▮▮▮▮

| | | |
|---|---|---|
| Retail Market: | 82.80 % | |
| Quick Sale Price: | $0 | |
| Distressed Market: | 17.20 % | |
| As Is Sale Price: | $205,593 | |

## LISTING HISTORY

| MLS Name | Listing Number | List Date | Status | List Price | Chg Date | COE Date | Sold Price | Sale Type | Cumulative List Days |
|---|---|---|---|---|---|---|---|---|---|
| NO HISTORY AVAILABLE | | | | | | | | | |

Notice: Based on information from the Bright MLS, Inc., Cape May County Multiple Listing Service, Inc., for the period 2/27/2019 through 3/11/2020. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate LLC 2007-2020. All rights reserved.

**Date:** 03/11/2020    **Subject:** 119 WINSLOW AVE LOWER TOWNSHIP, NJ 08204

**Bed:** 2   **Bath:** 1.00   **SQFT:** 910   **Built:** 1961   **Prop Type:** Single Family

**Order ID:** ▮▮▮▮▮▮

| Retail Market: | 32.80 % | | Distressed Market: | 17.20 % |
|---|---|---|---|---|
| Quick Sale Price: | $0 | | As Is Sale Price: | $205,593 |

RedBell Real Estate

## SOLD COMPS

| # | Street Address | City | Zip | Bed | Bath | Sq.Ft. | Units | Garage | Lot Size | Yr Built | Dist | List Date | List Price | COE Date | Sold Price | ACT DOM | TOT DOM | SP/Sqft | % Valuation | Included |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #1 | 114 Leaming Avenue | North Cape May | 08204 | 2 | 1.00 | 640 | 1 | 1.00 | 65x100 | 1964 | 0.20 | 11/2/2019 | $219,900 | 12/31/2019 | $210,000 | 19 | 59 | $328 | 36.77 % | x |
| #2 | 717 Eldredge Avenue | North Cape May | 08204 | 2 | 1.00 | 910 | 1 | 0.00 | 62X125 | 1961 | 0.44 | 4/24/2019 | $229,900 | 10/11/2019 | $220,000 | 126 | 170 | $242 | 32.07 % | x |
| #3 | 107 Beachhurst Drive | North Cape May | 08204 | 2 | 1.00 | 943 | 1 | 0.00 | 75x160 | 1961 | 0.39 | 8/25/2019 | $175,000 | 10/18/2019 | $170,000 | 9 | 54 | $180 | 31.16 % | x |
| #4 | 200 Holmes Avenue | North Cape May | 08204 | 3 | 1.00 | 960 | 1 | 0.00 | 60x100 | 1953 | 0.34 | 11/7/2019 | $169,900 | 3/2/2020 | $150,000 | 40 | 116 | $156 | 0% | |
| #5 (REO) | 905 Holmes Avenue | Cape May | 08204 | 2 | 1.00 | 620 | 1 | 0.00 | 99.00 x 70.00 | 1955 | 0.13 | 11/12/2019 | $136,000 | 11/27/2019 | $136,000 | 6 | 15 | $219 | 0% | |
| #6 | 3 Fieldview Drive | North Cape May | 08204 | 3 | 1.00 | 960 | 1 | 0.00 | 75 x 120 | 1970 | 0.50 | 9/10/2019 | $204,900 | 1/16/2020 | $198,900 | 80 | 128 | $207 | 0% | |
| #7 | 403 Miller Avenue | North Cape May | 08204 | 2 | 1.00 | 620 | 1 | 1.50 | 71 X 103 | 1940 | 0.12 | 6/1/2019 | $269,000 | 9/27/2019 | $245,000 | 69 | 118 | $395 | 0% | |
| #8 | 802 Washington Boulevard | North Cape May | 08204 | 2 | 1.00 | 560 | 1 | 1.00 | .28 acre | 1951 | 0.18 | 8/22/2019 | $199,000 | 9/30/2019 | $206,500 | 8 | 39 | $369 | 0% | |
| #9 | 207 Glencreek Rd | Townbank | 08204 | 3 | 1.00 | 736 | 1 | 0.00 | 50x130 | 1965 | 0.59 | 8/3/2019 | $209,900 | 12/13/2019 | $196,500 | 103 | 132 | $267 | 0% | |
| #10 | 409 Town Bank Road | North Cape May | 08204 | 3 | 1.00 | 1130 | 1 | 0.50 | 80x145 | 1962 | 0.29 | 9/8/2019 | $287,000 | 11/8/2019 | $270,700 | 40 | 61 | $240 | 0% | |
| #11 | 306 Scott Avenue | North Cape May | 08204 | 3 | 1.50 | 1197 | 1 | 2.00 | 65 x 120 | | 0.25 | 7/13/2019 | $229,900 | 11/26/2019 | $207,500 | 123 | 136 | $173 | 0% | |
| #12 | 1203 Emerson Avenue | North Cape May | 08204 | 3 | 1.50 | 1245 | 1 | 0.00 | 65 x 122 | 1962 | 0.39 | 1/25/2020 | $200,000 | 2/18/2020 | $210,500 | 1 | 24 | $169 | 0% | |
| #13 | 504 Scott Avenue | North Cape May | 08204 | 2 | 1.00 | 1296 | 1 | 0.00 | 75 x 125 | 1955 | 0.15 | 9/1/2019 | $269,000 | 10/25/2019 | $264,000 | 11 | 59 | $204 | 0% | |
| #14 | 101 Bayridge Road | North Cape May | 08204 | 3 | 1.00 | 1167 | 1 | 0.00 | 80x125 | 1963 | 0.50 | 9/11/2019 | $235,000 | 2/14/2020 | $220,000 | 50 | 156 | $189 | 0% | |
| #15 | 710 Whildam Avenue | North Cape May | 08204 | 3 | 2.00 | 1282 | 1 | 3.00 | 62 x 125 | 1963 | 0.43 | 6/15/2019 | $219,900 | 11/1/2019 | $205,000 | 81 | 111 | $160 | 0% | |
| #16 | 14 Beverly Road | North Cape May | 08204 | 3 | 1.00 | 1040 | 1 | 0.00 | 60x100 | 1950 | 0.68 | 8/5/2019 | $369,900 | 11/15/2019 | $340,000 | 64 | 102 | $327 | 0% | |
| #17 | 700 Gordon Terrace | North Cape May | 08204 | 3 | 2.00 | 1500 | 1 | 0.00 | 65 x 108 | | 0.15 | 10/4/2019 | $359,000 | 1/21/2020 | $352,500 | 33 | 82 | $235 | 0% | |
| #18 | 710 Pilgrim Plaza | North Cape May | 08204 | 3 | 2.50 | 1427 | 1 | 0.00 | 68 x 149 | | 0.37 | 12/13/2019 | $399,999 | 1/31/2020 | $390,000 | 15 | 49 | $273 | 0% | |
| #19 | 107 Heide Avenue | North Cape May | 08204 | 3 | 1.00 | 1036 | 1 | 1.00 | 60x110 | 1981 | 0.84 | 8/27/2019 | $199,900 | 10/1/2019 | $197,000 | 15 | 35 | $190 | 0% | |
| #20 | 115 Keyport | North Cape May | 08204 | 4 | 2.00 | 1528 | 1 | 1.50 | 84x142 | 1957 | 0.42 | 11/12/2019 | $245,000 | 12/30/2019 | $240,000 | 11 | 48 | $157 | 0% | |

---



Sold #1 (0.20 miles)

114 Leaming Avenue



**Bed:** 2
**Bath:** 1.0
**A.G.SQFT:**
**Total SQFT:**
**AVE SQFT:** 640
**Year Built:** 1964
**Basement:**
**Pool:** N/A
**Waterfront:**
**Sale Price:** $210,000
**Concessions:**
**COE Date:** 12/31/2019
**List Date:** 11/2/2019
**ACT DOM:** 19
**TOT DOM:** 59
**List Price:** $219,900
**Listing #:** 190356

**Subdivision:**

**School District:**

**MLS Comments:**
Now is your chance to own an adorable home only 8 short blocks to the delaware bay! Featuring a darling living room, 2 bedrooms with closets, 1 full baths, an eat in kitchen and separate laundry room, 1 car garage, and back patio area. Perfect for an investment property or personal use; you'll love enjoying the fenced-in and easy to maintain yard. Perfect for gardening, bbq's and more. Hop on your bike for an easy to commute to harpoon's on the bay or cape may-lewes ferry terminal. An easy drive to acme food stores and north cape may shopping area; only 10 minutes from cape may city. Don't hesitate, schedule your showing today!



Sold #2 (0.44 miles)

717 Eldredge Avenue



**Bed:** 2
**Bath:** 1.0
**A.G.SQFT:**
**Total SQFT:**
**AVE SQFT:** 910
**Year Built:** 1961
**Basement:**
**Pool:** N/A
**Waterfront:**
**Sale Price:** $220,000
**Concessions:**
**COE Date:** 10/11/2019
**List Date:** 4/24/2019
**ACT DOM:** 126
**TOT DOM:** 170
**List Price:** $229,900
**Listing #:** 187375

**Subdivision:**

**School District:**

**MLS Comments:**
This well-kept north cape may cottage gives you more space to spread out with a family room off the kitchen. The kitchen was remodeled and offers a double sink, additional counter space and a pantry. All the windows have been replaced. This home has central air, natural gas heating and a fenced-in backyard with a screened-in gazebo. Just minutes to the delaware bay and the cape may beaches.



Sold #3 (0.39 miles)

107 Beachhurst Drive



**Bed:** 2
**Bath:** 1.0
**A.G.SQFT:**
**Total SQFT:**
**AVE SQFT:** 943
**Year Built:**
**Basement:**
**Pool:** N/A
**Waterfront:**
**Sale Price:** $170,000
**Concessions:**
**COE Date:** 10/18/2019
**List Date:** 8/25/2019
**ACT DOM:** 9
**TOT DOM:** 54
**List Price:** $175,000
**Listing #:** 189225

**Subdivision:**

**School District:**

**MLS Comments:**
Adorable ranch home with two bedrooms and a full bath. Large kitchen with entrance from the garage and laundry room located in the back of house with door to the rear yard. Original hard wood floors in bedrooms and living room. Enclosed front porch. Big yard for family and pets. Property is being sold in "as is" condition. Great summer bungalow or starter home. Owner occupied needing a 1/2 lead time to show. Call agent.

Notice: Based on information from the Bright MLS, Inc., Cape May County Multiple Listing Service, Inc., for the period 2/27/2019 through 3/11/2020. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate LLC 2007-2020. All rights reserved.



**Date:** 03/11/2020        **Subject:** 101 WINSLOW AVE LOWER TOWNSHIP, NJ 08204        **Bed:** 2    **Bath:** 0.00    **SQFT:** 932    **Built:** 1962    **Garage:** 1.00    **Lot:** 0.77    **PropType:** Single Family

**Order ID:** ████████

| Retail Market: | 32.80 % | | Distressed Market: | 17.20 % |
|---|---|---|---|---|
| Quick Sale Price: | $0 | | As Is Sale Price: | $205,593 |

RedBell Real Estate

## LISTED COMPS

| # | Street Address | City | Zip | Bed | Bath | Sq.Ft. | Units | Garage | Lot Size | Yr Built | Dist | List Date | List Price | ACT DOM | LP/Sqft | Included |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #1 | 600 Scott Ave | North Cape May | 08204 | 4 | 2.00 | 1752 | 1 | 0.00 | 84x97 85x97 | 1958 | 0.13 | 3/2/2020 | $399,000 | 9 | $231 | |
| #2 | 402 Whildam Avenue | North Cape May | 08204 | 2 | 1.00 | 0 | 1 | 0.00 | 60x125 | | 0.21 | 11/26/2019 | $259,900 | 106 | | |
| #3 | 118 Kenvil Road | North Cape May | 08204 | 2 | 1.00 | 1108 | 1 | 1.50 | 84x97 | 1965 | 0.27 | 1/27/2020 | $309,900 | 44 | $280 | |
| #4 | 92 Teal Ave | North Cape May | 08204 | 3 | 3.00 | 1570 | 1 | 1.00 | 97 X 86 | 1965 | 0.29 | 2/19/2020 | $309,000 | 21 | $197 | |
| #5 (REO) | 605 Eldredge Avenue | North Cape May | 08204 | 2 | 2.00 | 1272 | 1 | 0.00 | 70 x 125 | 1951 | 0.29 | 2/24/2020 | $205,000 | 16 | $161 | |
| #6 (REO) | 407 Gorham Ave | Lower Township | 08204 | 2 | 2.00 | 1328 | 1 | 1.00 | 65x100 | 1965 | 0.30 | 2/27/2020 | $139,900 | 13 | $105 | |
| #7 | 400 Howland Avenue | North Cape May | 08204 | 3 | 2.00 | 1094 | 1 | 0.00 | 75x100 | 1965 | 0.32 | 2/20/2020 | $272,600 | 20 | $249 | |
| #8 | 502 Indian Avenue | North Cape May | 08204 | 3 | 1.50 | 1104 | 1 | 1.00 | 62 x 125 | 1966 | 0.32 | 12/3/2019 | $329,000 | 99 | $298 | |
| #9 | 405 Howland Ave Avenue | North Cape May | 08204 | 3 | 1.50 | 0 | 1 | 0.50 | 6447 | 1965 | 0.35 | 6/14/2019 | $215,000 | 271 | | |
| #10 | 123 Jennifer Lane | North Cape May | 08204 | 3 | 2.00 | 0 | 1 | 0.00 | 75 x 124 | | 0.37 | 5/31/2019 | $259,900 | 285 | | |
| #11 | 119 Englewood Road | North Cape May | 08204 | 4 | 2.50 | 2240 | 1 | 0.00 | 80x85 | 2006 | 0.39 | 1/7/2020 | $357,000 | 64 | $159 | |
| #12 | 117 Claremont Road | North Cape May | 08204 | 2 | 2.00 | 0 | 1 | 1.00 | 79x127 irr | | 0.40 | 2/12/2020 | $249,900 | 28 | | |
| #13 | 117 Englewood Road | North Cape May | 08204 | 4 | 2.50 | 2688 | 1 | 0.00 | 60x87 | 2006 | 0.40 | 1/11/2020 | $399,000 | 60 | $149 | |
| #14 | 709 Caspian Avenue | North Cape May | 08204 | 3 | 1.00 | 1440 | 1 | 1.00 | 62x125 | 1959 | 0.43 | 1/30/2020 | $349,000 | 41 | $242 | |
| #15 | 118 Cliffside Road | Townbank | 08204 | 3 | 2.00 | 1260 | 1 | 1.00 | 8002 | 1950 | 0.43 | 2/18/2020 | $349,000 | 22 | $278 | |
| #16 | 1003 Lincoln Boulevard | North Cape May | 08204 | 2 | 1.00 | 810 | 1 | 1.50 | 76 X 95 | 1952 | 0.45 | 6/1/2019 | $259,900 | 284 | $321 | |
| #17 | 1502 Franklin Avenue | North Cape May | 08204 | 3 | 2.00 | 0 | 1 | 0.00 | 80 x 100 | | 0.47 | 3/7/2020 | $379,900 | 4 | | |
| #18 | 36 Englewood Road | Townbank | 08204 | 2 | 2.00 | 1260 | 1 | 1.00 | 80 x 100 | 1970 | 0.48 | 3/2/2020 | $364,900 | 9 | $290 | |
| #19 | 132 Race Track | North Cape May | 08204 | 4 | 2.50 | 2520 | 1 | 0.00 | 80x100* | 1995 | 0.52 | 10/2/2019 | $414,900 | 161 | $165 | |
| #20 | 112 Harmony Road | Townbank | 08204 | 3 | 3.00 | 2152 | 1 | 0.00 | 100x100 | 1950 | 0.53 | 3/7/2020 | $299,000 | 370 | $139 | |

Notice: Based on information from the Bright MLS, Inc., Cape May County Multiple Listing Service, Inc., for the period 2/27/2019 through 3/11/2020. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate 2007-2020. All rights reserved.

**Date:** 03/11/2020    **Subject:** 201 WINSLOW AVE LOWER TOWNSHIP, NJ 08204

**Bed:** 2    **Bath:** 0/0/0    **SQFT:** 912    **Built:** 1962    **Garage:** 0/0    **Lot:** 0.72    **PropType:** Single Family

**Order ID:** ▮▮▮▮▮▮▮



| | Retail Market: | 82.80 % | | | Distressed Market: | 17.20 % |
|---|---|---|---|---|---|---|
| | Quick Sale Price: | $0 | | | As Is Sale Price: | $205,593 |

**UNDER CONTRACT COMPS**

| # | Street Address | City | Zip | Bed | Bath | Sq.Ft. | Units | Garage | Lot Size | Yr Built | Dist | List Date | List Price | ACT DOM | TOT DOM | LP/Sqft | Included |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Notice: Based on information from the Bright MLS, Inc., Cape May County Multiple Listing Service, Inc., for the period 2/27/2019 through 3/11/2020. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate LLC 2007-2020. All rights reserved.

**Date:** 03/11/2020    **Subject:** 101 WINSTOW AVE LOWER TOWNSHIP , NJ 08204    **Bed:** 4    **Bath:** 0.00    **SQFT:** 891    **Built:** 1962    **Garage:** 1.00    **Lot:** 0.07    **PropType:** Single Family

**Order ID:** ▮▮▮▮▮▮▮

| Retail Market: | 82.80 % | | Distressed Market: | 17.20 % |
|---|---|---|---|---|
| Quick Sale Price: | $0 | | As Is Sale Price: | $205,593 |

**MAP**



🏠 Subject

🔺 Sold

Notice: Based on information from the Bright MLS, Inc., Cape May County Multiple Listing Service, Inc., for the period 2/27/2019 through 3/11/2020. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate LLC 2007-2020. All rights reserved.

**Date:** 03/11/2020    **Subject:** 109 WINSLOW AVE LOWER TOWNSHIP, NJ 08204    **Bed:** 2    **Bath:** 0.00+    **SQFT:** 819    **Built:** 1956    **Garage:** 1.00    **Lot:** 0.07    **PropType:** Single Family

**Order ID:** ▓▓▓▓▓▓▓

| Retail Market: | 82.80 % | | Distressed Market: | 17.20 % |
| Quick Sale Price: | $0 | | As Is Sale Price: | $205,593 |



AERIAL VIEW MAP



🏠 Subject

🔺 Sold

Notice: Based on information from the Bright MLS, Inc., Cape May County Multiple Listing Service, Inc., for the period 2/27/2019 through 3/11/2020. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate LLC 2007-2020. All rights reserved.



Date: 03/11/2020  Subject: 116 WINSLOW AVE LOWER TOWNSHIP, NJ 08204  Bed: 4  Bath: 2.0  SQFT: 822  Built: 1965  Prop Type: Single Family

Order ID: ▮▮▮▮

Retail Market: 82.80%  Distressed Market: 17.20%

Quick Sale Price: $0  As Is Sale Price: $205,593

## MARKET ANALYSIS

| | 0 - 90 Days | 91 - 180 Days | 181 - 270 Days | 271 - 365 Days |
|---|---|---|---|---|
| Total # of Sales (Solds) | 21 | 24 | 27 | 21 |
| Absorption Rate(Sales per Month) | 7.00 | 8.00 | 9.00 | 7.00 |
| Inventory (Listing and Pending) | 48 | 48 | 48 | 48 |
| Months Supply | 6.86 | 6.00 | 5.33 | 6.86 |

### SOLD

| | Active | Pending | 0 - 90 Days | 91 - 180 Days | 181 - 270 Days | 271 - 365 Days |
|---|---|---|---|---|---|---|
| Low | $139,900 | $210,000 | $117,700 | $136,000 | $130,000 | $123,800 |
| High | $635,000 | $499,999 | $789,000 | $901,000 | $1,050,000 | $635,000 |
| Median | $289,000 | $307,000 | $240,000 | $250,500 | $265,000 | $225,000 |
| Average | $307,727 | $339,289 | $297,334 | $296,133 | $309,428 | $252,228 |
| Median DOM | 40 | 21 | 55 | 55 | 51 | 28 |

| Current Active Listings | 33 |
|---|---|
| Current Pending | 15 |

| MEDIAN SOLD PRICE AS % OF FINAL LIST PRICE | | | |
|---|---|---|---|
| Most Recent 0 - 90 Days | Most Recent 91 to 180 Days | Most Recent 181 to 270 Days | Most Recent 271 to 360 Days |
| 97.95% | 93.12% | 90.38% | 97.12% |

| MEDIAN SOLD PRICE AS % OF ORIGINAL LIST PRICE | | | |
|---|---|---|---|
| Most Recent 0 - 90 Days | Most Recent 91 to 180 Days | Most Recent 181 to 270 Days | Most Recent 271 to 360 Days |
| 88.92% | 93.12% | 90.38% | 93.40% |

## FILTERED MARKET ANALYSIS

Subject SQFT: 822  Subject Year Built: 1965  Property Type: Single Family

Filter by:

| Min SQFT: | Max SQFT: | Min Year Built: | Max Year Built: |
|---|---|---|---|
| Min Bed: | Max Bed: | Zip: | Property Type: Single Family |

| | 0 - 90 Days | 91 - 180 Days | 181 - 270 Days | 271 - 365 Days |
|---|---|---|---|---|
| Total # of Sales (Solds) | 21 | 24 | 27 | 21 |
| Absorption Rate(Sales per Month) | 7.00 | 8.00 | 9.00 | 7.00 |
| Inventory (Listing and Pending) | 48 | 48 | 48 | 48 |
| Months Supply | 6.86 | 6.00 | 5.33 | 6.86 |

### SOLD

| | Active | Pending | 0 - 90 Days | 91 - 180 Days | 181 - 270 Days | 271 - 365 Days |
|---|---|---|---|---|---|---|
| Low | $139,900 | $210,000 | $117,700 | $136,000 | $130,000 | $123,800 |
| High | $635,000 | $499,999 | $789,000 | $901,000 | $1,050,000 | $635,000 |
| Median | $289,000 | $307,000 | $240,000 | $250,500 | $265,000 | $225,000 |
| Average | $307,727 | $339,289 | $297,334 | $296,133 | $309,428 | $252,228 |
| Median DOM | 40 | 21 | 55 | 55 | 51 | 28 |

| Current Active Listings | 33 |
|---|---|
| Current Pending | 15 |

| MEDIAN SOLD PRICE AS % OF FINAL LIST PRICE | | | |
|---|---|---|---|
| Most Recent 0 - 90 Days | Most Recent 91 to 180 Days | Most Recent 181 to 270 Days | Most Recent 271 to 360 Days |
| 97.95% | 93.12% | 90.38% | 97.12% |

| MEDIAN SOLD PRICE AS % OF ORIGINAL LIST PRICE | | | |
|---|---|---|---|
| Most Recent 0 - 90 Days | Most Recent 91 to 180 Days | Most Recent 181 to 270 Days | Most Recent 271 to 360 Days |
| 88.92% | 93.12% | 90.38% | 93.40% |

## DEPRESSED MARKET GRID

| | # of Listings | % of Listings | # of Pending | % of Pending | # of Solds | % of Solds |
|---|---|---|---|---|---|---|
| Retail | 30 | 90.91% | 12 | 80% | 77 | 82.8% |
| Short Sale | 0 | 0% | 0 | 0% | 1 | 1.08% |
| REO | 3 | 9.09% | 3 | 20% | 15 | 16.13% |

## MEDIAN SALE PRICE

| ONE MONTH | | | | TWO MONTHS | | | | THREE MONTHS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract Date | Pending | Sales | Median Price | Contract Date | Pending | Sales | Median Price | Contract Date | Pending | Sales | Median Price |
| Apr-18 | 0 | 5 | $172,500 | Mar - Apr-18 | | 8 | $177,250 | Feb - Apr-18 | | 8 | $177,250 |
| May-18 | 0 | 9 | $262,000 | Apr - May-18 | | 14 | $259,000 | Mar - May-18 | | 22 | $240,000 |
| Jun-18 | 0 | 8 | $165,500 | May - Jun-18 | | 17 | $205,000 | Apr - Jun-18 | | 22 | $200,000 |
| Jul-18 | 0 | 10 | $244,500 | Jun - Jul-18 | | 18 | $227,250 | May - Jul-18 | | 27 | $230,000 |
| Aug-18 | 0 | 7 | $300,000 | Jul - Aug-18 | | 17 | $245,000 | Jun - Aug-18 | | 25 | $230,000 |
| Sep-18 | 0 | 4 | $166,000 | Aug - Sep-18 | | 11 | $220,500 | Jul - Sep-18 | | 21 | $241,100 |
| Oct-18 | 0 | 6 | $237,500 | Sep - Oct-18 | | 10 | $207,500 | Aug - Oct-18 | | 17 | $220,500 |
| Nov-18 | 0 | 5 | $215,000 | Oct - Nov-18 | | 11 | $215,000 | Sep - Nov-18 | | 15 | $215,000 |
| Dec-18 | 0 | 7 | $220,000 | Nov - Dec-18 | | 12 | $217,500 | Oct - Dec-18 | | 18 | $217,500 |
| Jan-19 | 0 | 5 | $265,000 | Dec - Jan-19 | | 12 | $242,500 | Nov - Jan-19 | | 17 | $220,000 |
| Feb-19 | 0 | 4 | $167,500 | Jan - Feb-19 | | 9 | $199,900 | Dec - Feb-19 | | 16 | $209,950 |
| Mar-19 | 0 | 7 | $225,000 | Feb - Mar-19 | | 11 | $195,000 | Jan - Mar-19 | | 16 | $212,450 |
| Apr-19 | 0 | 5 | $225,000 | Mar - Apr-19 | | 12 | $225,000 | Feb - Apr-19 | | 16 | $213,000 |
| May-19 | 0 | 7 | $251,000 | Apr - May-19 | | 12 | $246,000 | Mar - May-19 | | 19 | $235,000 |
| Jun-19 | 0 | 8 | $251,750 | May - Jun-19 | | 15 | $251,000 | Apr - Jun-19 | | 20 | $246,000 |
| Jul-19 | 0 | 9 | $267,500 | Jun - Jul-19 | | 17 | $267,500 | May - Jul-19 | | 24 | $259,250 |
| Aug-19 | 0 | 9 | $253,000 | Jul - Aug-19 | | 18 | $259,000 | Jun - Aug-19 | | 26 | $259,000 |
| Sep-19 | 0 | 9 | $245,000 | Aug - Sep-19 | | 18 | $249,000 | Jul - Sep-19 | | 27 | $253,000 |
| Oct-19 | 0 | 9 | $220,000 | Sep - Oct-19 | | 18 | $235,000 | Aug - Oct-19 | | 27 | $245,000 |
| Nov-19 | 0 | 8 | $275,350 | Oct - Nov-19 | | 17 | $246,000 | Sep - Nov-19 | | 26 | $245,500 |
| Dec-19 | 0 | 6 | $267,500 | Nov - Dec-19 | | 14 | $275,350 | Oct - Dec-19 | | 23 | $246,000 |
| Jan-20 | 0 | 6 | $307,500 | Dec - Jan-20 | | 15 | $295,000 | Nov - Jan-20 | | 23 | $280,000 |
| | | | | Jan - Feb-20 | | 15 | $307,500 | Dec - Feb-20 | | 21 | $295,000 |
| Mar-20 | 15 | 1 | $150,000 | Feb - Mar-20 | | 7 | $235,000 | Jan - Mar-20 | | 16 | $271,250 |

**THIS IS A BROKER PRICE OPINION OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL.**
In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

Notice: Based on information from the Bright MLS, Inc., Cape May County Multiple Listing Service, Inc., for the period 2/27/2019 through 3/11/2020. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate LLC 2007-2020. All rights reserved.



Sold HD (.250 miles)

| | | | | | | |
|---|---|---|---|---|---|---|
| **114 Leaming Avenue** | Bed: | 2 | List Date: | 11/2/2019 | **MLS Comments** | |
| North Cape May, NJ 8204 | Bath: | 1.00 | List Price: | $219,900 | | |
| Listing #: 190356 | SqFt: | 640 | Sold Price: | $210,000 | | |
| | Yr Built: | 1964 | COE Date: | 12/31/2019 | | |

**MLS Comments**

Now is your chance to own an adorable home only 8 short blocks to the delaware bay! Featuring a darling living room, 2 bedrooms with closets, 1 full baths, an eat in kitchen and separate laundry room, 1 car garage, and back patio area. Perfect for investment property or personal use; you'll love enjoying the fenced-in and easy to maintain yard. Perfect for gardening, bbq's and more. Hop on your bike for an easy to commute to harpoon's on the bay or cape may-lewes ferry terminal. An easy drive to acme food stores and north cape may shopping area; only 10 minutes from cape may city. Don't hesitate, schedule your showing today!

  

  

  

  

Notice: Based on information from the Cape May County Multiple Listing Service, Inc.. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate LLC 2004-2020. All rights reserved.

114 Learning Avenue North Cape May, NJ 8204

Case 20-16985-JNP    Doc 15    Filed 06/08/20    Entered 06/08/20 12:49:34    Desc Main
Document      Page 15 of 21

















Notice: Based on information from the Cape May County Multiple Listing Service, Inc.. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate LLC 2004-2020. All rights reserved.

114 Leaming Avenue North Cape May, NJ 8204



Sold 7.0 (0.14 miles)

**717 Eldredge Avenue**
North Cape May, NJ 8204

Listing #: 187375

| | |
|---|---|
| Bed: | 2 |
| Bath: | 1.00 |
| SqFt: | 910 |
| Yr Built: | 1961 |

| | |
|---|---|
| List Date: | 4/24/2019 |
| List Price: | $229,900 |
| Sold Price: | $220,000 |
| COE Date: | 10/11/2019 |

**MLS Comments**

This well-kept north cape may cottage gives you more space to spread out with a family room off the kitchen. The kitchen was remodeled and offers a double sink, additional counter space and a pantry. All the windows have been replaced. This home has central air, natural gas heating and a fenced-in backyard with a screened-in gazebo. Just minutes to the delaware bay and the cape may beaches.

















Notice: Based on information from the Cape May County Multiple Listing Service, Inc.. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate LLC 2004-2020. All rights reserved.







Notice: Based on information from the Cape May County Multiple Listing Service, Inc.. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate LLC 2004-2020. All rights reserved.

Sold #3 (2.5 miles)

**107 Beachhurst Drive**
**North Cape May, NJ 8204**

Listing #: 189225

| | |
|---|---|
| Bed: | 2 |
| Bath: | 1.00 |
| SqFt: | 943 |
| Yr Built: | |

| | |
|---|---|
| List Date: | 8/25/2019 |
| List Price: | $175,000 |
| Sold Price: | $170,000 |
| COE Date: | 10/18/2019 |

**MLS Comments**

Adorable ranch home with two bedrooms and a full bath. Large kitchen with entrance from the garage and laundry room located in the back of house with door to the rear yard. Original hard wood floors in bedrooms and living room. Enclosed front porch. Big yard for family and pets. Property is being sold in "as is" condition. Great summer bungalow or starter home. Owner occupied needing a 1/2 lead time to show. Call agent.











Notice: Based on information from the Cape May County Multiple Listing Service, Inc.. Disclaimer: This valuation estimate is not intended to be an appraisal of the market value of the Subject Property. If an appraisal is desired, the services of a licensed or certified appraiser should be obtained.

Copyright Red Bell Real Estate LLC 2004-2020. All rights reserved. 

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
P: (212) 471-5100
Attorneys for SN Servicing Corporation as
Servicer for BCMB1 Trust

In Re:

Barbara A. Zacco-Varvaro

Case No.: 20-16985

Chapter: 13

Adv. No.: _____

Hearing Date: August 19, 2020 at 10:00 AM

Judge: Jerrold N. Poslusny Jr.

## CERTIFICATION OF SERVICE

1.  I, _____ Theodore Weber _____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____ Jonathan Schwalb, Esq. _____, who represents

    _____ SN Servicing Corporation _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____ June 8, 2020 _____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.
    - Notice of Objection to Confirmation of Plan

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____ June 8, 2020 _____        /s/ Theodore Weber
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Barbara A. Zacco-Varvaro<br>401 Winslow Avenue<br>North Cape May, NJ 08204 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian S. Thomas<br>Brian S. Thomas, Esq<br>327 Central Ave<br>Suite 103<br>Linwood, NJ 08221 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |