Certificate Number: 15317-NJ-DE-034631026

Bankruptcy Case Number: 20-16985



15317-NJ-DE-034631026

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 5, 2020</u>, at <u>1:13</u> o'clock <u>PM PDT</u>, <u>Barbara A Zacco-Varvaro</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>July 5, 2020</u>               By:   <u>/s/Jerry Fajardo</u>

                                        Name:  <u>Jerry Fajardo</u>

                                        Title: <u>Counselor</u>