Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−16985−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara A. Zacco−Varvaro
   401 Winslow Avenue
   North Cape May, NJ 08204

Social Security No.:
   xxx−xx−7098

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           11/18/20
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 20, 2020
JAN: kvr

                                                            Jeanne Naughton
                                                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 20-16985-JNP
Barbara A. Zacco-Varvaro                                                                  Chapter 13
      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                 Page 1 of 3
Date Rcvd: Oct 20, 2020                       Form ID: 132                                Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara A. Zacco-Varvaro, 401 Winslow Avenue, North Cape May, NJ 08204-3049 |
| cr | + | SN Servicing Corporation as servicer for BCMB1 TRU, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 518848173 | + | ADS/Comenity/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 518866971 |   | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518918457 | + | BCMB1 Trust, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 518848175 | + | Barclay Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 518889912 | + | Enerbank USA, 1245 East Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 518848180 | + | Gatestone, 1000 North West Street, Wilmington, DE 19801-1050 |
| 518848181 | + | Hayt Hayt and Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 518895587 | + | Intercoastal Financial, LLC, 7954 Transit Rd. #144X, Williamsville, NY 14221-4117 |
| 518885057 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518848185 | + | Rocket Loans, 1274 Library Street, Detroit, MI 48226-2256 |
| 518848186 | + | Santander Consumer, PO Box 660633, Dallas, TX 75266-0633 |
| 518862213 | + | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 518848192 | + | Zenresolve, PO Box 4115, Concord, CA 94524-4115 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2020 21:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2020 21:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518848176 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2020 22:06:04 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518848177 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2020 21:31:00 | Comenity - Pier 1, PO Box 659450, San Antonio, TX 78265-9450 |
| 518848178 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2020 21:31:00 | Comenity Capital Bank/JJill, PO Box 182120, Columbus, OH 43218-2120 |
| 518848179 | + | Email/Text: bbagley@enerbankusa.com | Oct 20 2020 21:30:00 | Enerbank USA, 1945 West Parnall Road, Jackson, MI 49201-8658 |
| 518848182 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2020 21:30:00 | Internal Revenue Service, PO Box 37004, Hartford, CT 06176-7004 |
| 518848183 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2020 22:06:00 | Paypal, PO Box 960006, Orlando, FL 32896-0006 |
| 518848184 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 20 2020 21:31:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-1906 |

Case 20-16985-JNP    Doc 26    Filed 10/22/20    Entered 10/23/20 00:35:37    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2020 | Form ID: 132 | Total Noticed: 31 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518848187 | | Email/Text: bknotices@snsc.com | Oct 20 2020 21:31:00 | SN Servicing Corporation, for BCMB1 Trust, 323 5th Street, Eureka, CA 95501 |
| 518848188 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2020 22:06:01 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 518912692 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2020 22:06:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518851654 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2020 22:06:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518848189 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2020 22:05:28 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518848190 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2020 22:05:28 | Synchrony Bank/TJX, PO Box 965015, Orlando, FL 32896-5015 |
| 518848191 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2020 22:04:51 | Synchrony Bank/Walmart, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518848174 | ##+ | American Express, PO Box 360001, Ft Lauderdale, FL 33336-0001 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2020            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian S. Thomas | on behalf of Debtor Barbara A. Zacco-Varvaro brian@brianthomaslaw.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for BCMB1 TRUST bankruptcy@friedmanvartolo.com |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 20, 2020 | Form ID: 132 | Total Noticed: 31 |

U.S. Trustee
            USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6