UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.:         20-16985

Barbara A. Zacco-Varvaro,                       Chapter:            7

                               Debtor.          Judge:             JNP

## NOTICE OF PROPOSED ABANDONMENT

_____DOUGLAS S. STANGER_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
        Clerk, U.S. Bankruptcy Court
        401 Market Street
        Camden, NJ  08102

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny, Jr._____ on _____November 2, 2021_____ at _11:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _4C_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  401 Winslow Avenue, North Cape May, NJ 08204
$131,000.00

Liens on property:          Quicken Loans-$144,000.00
                            Santander Consumer - $22,323.00
                            SN Servicing Corp. - $231,235.45

Amount of equity claimed as exempt:  -0-

Objections must be served on, and requests for additional information directed to:

Name:        Douglas S. Stanger, Chapter 7 Trustee

Address:     646 Ocean Heights Avenue, Suite 103, Linwood, NJ  08221

Telephone No.: (609) 645-1881

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                 Case No. 20-16985-JNP

Barbara A. Zacco-Varvaro                                               Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                              Page 1 of 3

Date Rcvd: Sep 29, 2021                 Form ID: pdf905                    Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara A. Zacco-Varvaro, 401 Winslow Avenue, North Cape May, NJ 08204-3049 |
| cr | + | SN Servicing Corporation as servicer for BCMB1 TRU, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Santander Consumer USA Inc, PO Box 961245, Fort Worth, TX 76161-0244 |
| 518848173 | + | ADS/Comenity/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 518866971 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518918457 | + | BCMB1 Trust, SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 518848175 | + | Barclay Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 518889912 | + | Enerbank USA, 1245 East Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 518848180 | + | Gatestone, 1000 North West Street, Wilmington, DE 19801-1050 |
| 518848181 | + | Hayt Hayt and Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 518895587 | + | Intercoastal Financial, LLC, 7954 Transit Rd. #144X, Williamsville, NY 14221-4117 |
| 518885057 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518848185 | + | Rocket Loans, 1274 Library Street, Detroit, MI 48226-2256 |
| 519111052 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Taxation, PO Box 267, Trenton, NJ 08695 |
| 518848186 | + | Santander Consumer, PO Box 660633, Dallas, TX 75266-0633 |
| 518862213 | + | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 518848192 | + | Zenresolve, PO Box 4115, Concord, CA 94524-4115 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: pmarraffa@standingtrustee.com | Sep 29 2021 20:36:00 | Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38 - Suite 580, Cherry Hill, NJ 08002-2977 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 29 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 29 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518848176 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 29 2021 20:45:16 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518848177 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2021 20:36:00 | Comenity - Pier 1, PO Box 659450, San Antonio, TX 78265-9450 |
| 518848178 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2021 20:36:00 | Comenity Capital Bank/JJill, PO Box 182120, Columbus, OH 43218-2120 |
| 518848179 | + | Email/Text: bbagley@enerbankusa.com | Sep 29 2021 20:36:00 | Enerbank USA, 1945 West Parnall Road, Jackson, MI 49201-8658 |

| 518848182 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Sep 29 2021 20:36:00 | Internal Revenue Service, PO Box 37004, Hartford, CT 06176-7004 |
| 518848183 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 29 2021 20:45:20 | Paypal, PO Box 960006, Orlando, FL 32896-0006 |
| 518848184 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Sep 29 2021 20:36:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518848187 | Email/Text: bknotices@snsc.com | | |
| | | Sep 29 2021 20:36:00 | SN Servicing Corporation, for BCMB1 Trust, 323 5th Street, Eureka, CA 95501 |
| 518848188 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 29 2021 20:45:16 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 518912692 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 29 2021 20:45:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518851654 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 29 2021 20:45:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518848189 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 29 2021 20:45:23 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518848190 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 29 2021 20:45:20 | Synchrony Bank/TJX, PO Box 965015, Orlando, FL 32896-5015 |
| 518848191 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 29 2021 20:45:20 | Synchrony Bank/Walmart, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518848174 | ##+ | American Express, PO Box 360001, Ft Lauderdale, FL 33336-0001 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian S. Thomas | |
| | on behalf of Debtor Barbara A. Zacco-Varvaro brian@brianthomaslaw.com |
| Denise E. Carlon | |
| | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Sep 29, 2021 | Form ID: pdf905 | Total Noticed: 34

Douglas S. Stanger
doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Douglas S. Stanger
on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com
diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
on behalf of Creditor Santander Consumer USA Inc ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Jonathan C. Schwalb
on behalf of Creditor SN Servicing Corporation as servicer for BCMB1 TRUST bankruptcy@friedmanvartolo.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9