| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Brian S. Thomas, LLC<br>Attorney at Law<br>327 Central Avenue, Suite 103<br>Linwood, New Jersey  08221<br>Attorney for Debtor(s)<br>By:  Brian S. Thomas, Esquire<br>Bar No. 1980 |
| In Re:<br><br>BARBARA A. ZACCO-VARVARO |

Order Filed on October 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-16985

Adv. No.:

Hearing Date: 10/19/21

Judge: JNP

## ORDER SEEKING TO APPROVE PARTIAL CLAIMS MORTGAGE

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: October 19, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Barbara A. Zacco-Varvaro
Case No.: 20-16985/JNP
Caption of Order: Seeking to Approve Partial Claims Mortgage

Upon consideration of Debtor's motion for an order Seeking to Approve Partial Claims Mortgage, and good cause appearing therefore, it is hereby **ORDERED** that the Partial Claims Mortgage with the United States Secretary of Housing & Urban Development (and prepared by the first mortgage, Quicken Loans) is granted.