Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

        Case No.: 20−16985−JNP
        Chapter: 7
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara A. Zacco−Varvaro
   401 Winslow Avenue
   North Cape May, NJ 08204

Social Security No.:
   xxx−xx−7098

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

     I Joan Lieze , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

401 Winslow Avenue, North Cape May, NJ 08204

Dated: October 27, 2021
JAN: jpl

                                          Jeanne Naughton
                                          Clerk